**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| In re: | Case No. 13 B 10232 |
| Yvette Denise Love | |
| Debtor(s) | |

**CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT**

Marilyn O. Marshall, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The trustee declares as follows:

1)  The case was filed on 03/14/2013.

2)  The plan was confirmed on 05/14/2013.

3)  The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on 05/14/2013.

4)  The trustee filed action to remedy default by the debtor in performance under the plan on 12/03/2013.

5)  The case was Dismissed on 03/25/2014.

6)  Number of months from filing to last payment: 7.

7)  Number of months case was pending: 15.

8)  Total value of assets abandoned by court order:  NA .

9)  Total value of assets exempted:  NA .

10) Amount of unsecured claims discharged without payment: $0.00.

11) All checks distributed by the trustee relating to this case have cleared the bank.

**UST Form 101-13-FR-S (9/1/2009)**

## Receipts:

|  |  |
|---|---|
| Total paid by or on behalf of the debtor | $3,841.00 |
| Less amount refunded to debtor | $0.00 |

**NET RECEIPTS:** **$3,841.00**

## Expenses of Administration:

|  |  |
|---|---|
| Attorney's Fees Paid Through the Plan | $1,228.57 |
| Court Costs | $0.00 |
| Trustee Expenses & Compensation | $152.42 |
| Other | $0.00 |

**TOTAL EXPENSES OF ADMINISTRATION:** **$1,380.99**

Attorney fees paid and disclosed by debtor:     $0.00

## Scheduled Creditors:

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| Advanced Orthopaedic and Neuro | Unsecured | 104.00 | NA | NA | 0.00 | 0.00 |
| Advanced Urology | Unsecured | 33.00 | NA | NA | 0.00 | 0.00 |
| America S Financial Choice | Unsecured | 884.00 | NA | NA | 0.00 | 0.00 |
| American Credit Bureau | Unsecured | 103.00 | NA | NA | 0.00 | 0.00 |
| Americredit Financial Ser Inc | Secured | 23,890.00 | 25,032.32 | 23,890.00 | 1,948.22 | 511.79 |
| Americredit Financial Ser Inc | Unsecured | NA | 0.00 | 1,142.32 | 0.00 | 0.00 |
| AT&T | Unsecured | 505.00 | NA | NA | 0.00 | 0.00 |
| Authorized Pay Day | Unsecured | 740.00 | NA | NA | 0.00 | 0.00 |
| Bahama Marketing Group, Inc | Unsecured | 895.00 | NA | NA | 0.00 | 0.00 |
| Chicago Post Office Employees CU | Unsecured | 3,000.00 | 4,513.40 | 4,513.40 | 0.00 | 0.00 |
| Chicago Post Office Employees CU | Unsecured | 0.00 | 544.90 | 544.90 | 0.00 | 0.00 |
| City of Chicago Department of Revenue | Unsecured | 588.00 | 395.00 | 395.00 | 0.00 | 0.00 |
| CMRE Financial SVCS IN | Unsecured | 418.00 | NA | NA | 0.00 | 0.00 |
| Comed Residential R | Unsecured | 1,284.00 | NA | NA | 0.00 | 0.00 |
| Convergent Healthcare Rec. | Unsecured | 10.00 | NA | NA | 0.00 | 0.00 |
| Convergent Healthcare Recoveries | Unsecured | NA | 9.30 | 9.30 | 0.00 | 0.00 |
| CPS Security | Unsecured | 26.00 | NA | NA | 0.00 | 0.00 |
| Dependon Collection Serv. | Unsecured | 135.00 | NA | NA | 0.00 | 0.00 |
| Ffcc Columbus Inc | Unsecured | 349.00 | NA | NA | 0.00 | 0.00 |
| First Cash Advance | Unsecured | 617.00 | NA | NA | 0.00 | 0.00 |
| Fullerton Finance Co, Inc | Unsecured | 43.00 | NA | NA | 0.00 | 0.00 |
| Genesis Clinical Laboratory | Unsecured | 10.00 | NA | NA | 0.00 | 0.00 |
| Genesis Financial Services | Unsecured | 735.00 | NA | NA | 0.00 | 0.00 |
| Henry Fung D.D.S. | Unsecured | 135.00 | NA | NA | 0.00 | 0.00 |
| Hinsdale Ortopaedics | Unsecured | 44.00 | NA | NA | 0.00 | 0.00 |
| IDI | Unsecured | 126.00 | NA | NA | 0.00 | 0.00 |
| Illinois Collection SE | Unsecured | 153.00 | NA | NA | 0.00 | 0.00 |
| Illinois Dept Human Services | Unsecured | 1,310.00 | NA | NA | 0.00 | 0.00 |
| Illinois Dept Of Human Services | Unsecured | 0.00 | 586.83 | 586.83 | 0.00 | 0.00 |
| Illinois Insurance Center | Unsecured | 13.00 | NA | NA | 0.00 | 0.00 |
| Internal Revenue Service | Unsecured | 17,384.00 | 11,776.93 | 11,776.93 | 0.00 | 0.00 |

**UST Form 101-13-FR-S (9/1/2009)**

## Scheduled Creditors:

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| Internal Revenue Service | Priority | 0.00 | 299.06 | 299.06 | 0.00 | 0.00 |
| Jefferson Capital Systems LLC | Unsecured | 690.00 | 690.12 | 690.12 | 0.00 | 0.00 |
| Katie Benka | Unsecured | 1,966.00 | NA | NA | 0.00 | 0.00 |
| Lincoln Park Anes Pain Mg | Unsecured | 191.00 | NA | NA | 0.00 | 0.00 |
| Lincoln Park Obgyn | Unsecured | 811.00 | NA | NA | 0.00 | 0.00 |
| M Brundage DDS & W Wise DDS | Unsecured | 1,966.00 | NA | NA | 0.00 | 0.00 |
| M3 Financial Services, Inc | Unsecured | 20.00 | NA | NA | 0.00 | 0.00 |
| Marianne N O Donoghue | Unsecured | 41.00 | NA | NA | 0.00 | 0.00 |
| Metropolitan Adv. Radiology | Unsecured | 109.00 | NA | NA | 0.00 | 0.00 |
| NAPA | Unsecured | 90.00 | NA | NA | 0.00 | 0.00 |
| Narendra K. Garq, M.D. | Unsecured | 349.00 | NA | NA | 0.00 | 0.00 |
| Northwest Community Hospital | Unsecured | 160.00 | NA | NA | 0.00 | 0.00 |
| Partners in Womens Health | Unsecured | 801.00 | NA | NA | 0.00 | 0.00 |
| Pathology CHP SC | Unsecured | 31.00 | NA | NA | 0.00 | 0.00 |
| PCC Community Wellness | Unsecured | 53.00 | NA | NA | 0.00 | 0.00 |
| PLS Financial Services Inc | Unsecured | 670.00 | 669.60 | 669.60 | 0.00 | 0.00 |
| Professional Anesthesia, S.C. | Unsecured | 72.00 | NA | NA | 0.00 | 0.00 |
| Quest Diagnostics | Unsecured | 84.00 | NA | NA | 0.00 | 0.00 |
| Quickest Case Advance | Unsecured | 450.00 | NA | NA | 0.00 | 0.00 |
| River Forest Imaging | Unsecured | 154.00 | NA | NA | 0.00 | 0.00 |
| Robert Zimmerman MD | Unsecured | 450.00 | NA | NA | 0.00 | 0.00 |
| SBS Financial Services Inc | Unsecured | 7,206.00 | 7,928.41 | 7,928.41 | 0.00 | 0.00 |
| Souma Diagnostics, Ltd | Unsecured | 113.00 | NA | NA | 0.00 | 0.00 |
| Trinity Orthopaedics | Unsecured | 60.00 | NA | NA | 0.00 | 0.00 |
| United States Dept Of Education | Unsecured | 24,023.00 | 14,755.97 | 14,755.97 | 0.00 | 0.00 |
| Vanguard West Suburban Med | Unsecured | 23.00 | NA | NA | 0.00 | 0.00 |
| Village of Oak Park | Unsecured | 20.00 | NA | NA | 0.00 | 0.00 |
| Village of Radiology | Unsecured | 253.00 | NA | NA | 0.00 | 0.00 |
| Vonage | Unsecured | 125.00 | NA | NA | 0.00 | 0.00 |
| West Suburban Eye Assc | Unsecured | 65.00 | NA | NA | 0.00 | 0.00 |
| West Suburban Med Ctr Clinic | Unsecured | 85.00 | NA | NA | 0.00 | 0.00 |

## Summary of Disbursements to Creditors:

| | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $0.00 | $0.00 | $0.00 |
| Mortgage Arrearage | $0.00 | $0.00 | $0.00 |
| Debt Secured by Vehicle | $23,890.00 | $1,948.22 | $511.79 |
| All Other Secured | $0.00 | $0.00 | $0.00 |
| **TOTAL SECURED:** | **$23,890.00** | **$1,948.22** | **$511.79** |
| | | | |
| **Priority Unsecured Payments**: | | | |
| Domestic Support Arrearage | $0.00 | $0.00 | $0.00 |
| Domestic Support Ongoing | $0.00 | $0.00 | $0.00 |
| All Other Priority | $299.06 | $0.00 | $0.00 |
| **TOTAL PRIORITY**: | **$299.06** | **$0.00** | **$0.00** |
| | | | |
| **GENERAL UNSECURED PAYMENTS**: | **$43,012.78** | **$0.00** | **$0.00** |

**UST Form 101-13-FR-S (9/1/2009)**

| Disbursements: | |
|---|---|
| Expenses of Administration | $1,380.99 |
| Disbursements to Creditors | $2,460.01 |
| **TOTAL DISBURSEMENTS** : | **$3,841.00** |

12)  The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been fully administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed. The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.

Dated: 06/02/2014            By: /s/ Marilyn O. Marshall _____

                                                              Trustee


**STATEMENT**:  This Unified Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.


**UST Form 101-13-FR-S (9/1/2009)**